UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO. CV-08-37-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on April 17, 2008, recommending Mr. Hunter's action be dismissed without prejudice for failure to comply with a directive of the court under Federal Rule of Civil Procedure 41(b). There being no objections, the Court **ADOPTS** the Report and Recommendation. The action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment against Petitioner, forward a copy to Petitioner and close the file.

**DATED** this _____12TH_____ day of May 2008.

                                      S/ Edward F. Shea
                                    EDWARD F. SHEA
                         UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\8cv37ci-5-9-dis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1