AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Michael Howard Hunter

v.

United States of America

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-37-CI

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED There being no objections to the Magistrates Report and Recommendation of April 17, 2008, the Court ADOPTS the Report and Recommendation. The action is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| May 12, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |